**Bradley KREHBIEL and Drenda Krehbiel, Appellants,**

v.

**Brad THARP, Respondent.**

**WD 77364**

Missouri Court of Appeals, Western District.

Order filed: December 23, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied January 27, 2015

Jerrold Kenter, for Appellants

David P. Bub, St. Louis, for Respondent

Before Division Two: Zel Fischer, Special Judge Presiding, Joseph M. Ellis, Judge and Victor C. Howard, Judge

## *ORDER*

PER CURIAM:

Bradley Krehbiel appeals the summary judgment entered by the trial court in favor of Brad Tharp on his claim of co-employee negligence. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).